IN THE UNITED STATES DISTRICT COURT
FOR MAINE PORTLAND DIVISION

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 APR 17 P 1:30

DEPUTY CLERK

| | |
|---|---|
| JOHN KENNEDY FRENCH<br>Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No.<br>) |
| The Thomas Agency.<br>Defendant. | )<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff John French an individual consumer, against Defendant, The Thomas Agency., for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. The venue in this District is proper in that the Defendant The Thomas Agency. transact business in Augusta, ME and the conduct complained of occurred in Augusta, ME.

### III. PARTIES

3. Plaintiff John French (hereinafter "Mr. French") is a natural person residing in Augusta, ME. Mr. French is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant The Thomas Agency. is a debt collection agency with its principal place of business located in Westbrook, ME.

5. Defendant The Thomas Agency. is engaged in the collection of debt from consumers using mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal, family or household purposes.

### IV. FACTS OF THE COMPLAINT

6. Defendant The Thomas Agency., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about November 20th 2023, the Plaintiff disputed the alleged debt of $1,905 owed to Maine General Medical Center, the alleged debt of $1,282 owed to Maine General Medical Center, the alleged debt of $765 owed to Maine General Medical Center, the alleged debt of $544 owed to Maine General Medical Center and notified the Debt Collector that the only convenient way to contact him was via email and provided his email address in the letter sent certified tracking **70220410000130519087** and it was delivered on or about November 27th, 2023 at 11:59 am.

8. The Thomas Agency. on or about February 15th, 2024, responded to that letter in a way that they knew was inconvenient to the consumer by sending mail to Plaintiff's address stating "We are responding to your letter of dispute and request for verification pursuant

to federal consumer law." This response was in violation of 15 U.S.C. §1692c(a)(1) by communicating with the consumer "at any unusual time or place or a time or place known, or which should be known to be inconvenient to the consumer.

9. Plaintiff has suffered actual damages because of these illegal collection communications by the Defendant in the form of invasion of privacy, inclusion on seclusion, personal embarrassment, anger, anxiety, stress, mental issues amongst other negative emotions due to harassment from the debt collector continuing to write mail to the Plaintiff after being notified of the inconvenience.

## V. FIRST CLAIM FOR RELIEF
### (Defendant The Thomas Agency.,)
### 15 U.S.C. §1692c(a)(1)

10. All preceding paragraphs are re-alleged.

11. The Debt Collector violated the FDCPA.

12. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692c(a)(1) of the FDCPA by intentionally communicating in connection with collection of a debt from Plaintiff at time and place known by Defendant to be inconvenient to Plaintiff.

13. As a result of the above violations of the FDCPA, the Defendant is liable to Mr. Parker for actual damages, statutory damages, and cost.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. French respectfully demands a jury trial via zoom and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

  A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For deletion of tradeline

F. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

_____

John French
40 Western Ave
Suite 864
Augusta, ME 04330
Johnkennedyfrenchtrust@protonmail.com
(preferred)