UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN KENNEDY FRENCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:24-cv-00129-JAW |
| THOMAS AGENCY, | ) ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 13, 2024 (ECF No. 6), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice for failure: (1) to comply with the Court's order directing him to pay the filing fee or to file a completed application to proceed without prepayment of fees and costs, (2) to show cause in accordance with the Magistrate Judge's Order to Show Cause (ECF No. 5), and (3) to otherwise prosecute his Complaint. Judgment is hereby entered in favor of the Defendant, Thomas Agency, and against the Plaintiff, John Kennedy French.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2024.